IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

NICHOLAS TYRONE LEE,

    Petitioner,

v.                                    CASE NO. 5:12-cv-00234-MP-CJK

MICHAEL D CREWS, KENNETH TUCKER,

    Respondents.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 25, 2014. (Doc. 28). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner has filed objections at Doc. 33. I have made a de novo review based on those objections.

Having considered the Report and Recommendation, and the timely filed objections, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order. The amended petition for writ of habeas corpus (doc. 7), challenging petitioner's judgment of conviction and sentence in *State of Florida v. Nicholas Tyrone Lee*, Bay County, Florida, Circuit Court Case Number 08-CF-3811, is DENIED, and the clerk is directed to close the file. A certificate of appealability is DENIED.

**DONE AND ORDERED** this   *4th* day of May, 2015

                                    *s/Maurice M. Paul*
                                Maurice M. Paul, Senior District Judge